IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN G. SHULTS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 09-2013-EFM |
| ROCKHURST UNIVERSITY CONTINUING EDUCATION CENTER, INC., | ) |
| Defendant. | ) |

## **ORDER**

This case comes before the court on the joint motion of the parties to join as a plaintiff Eric C. Rajala in his official capacity as the bankruptcy trustee for the estate of Mr. Shults (**doc. 35**). As discussed at the status conference conducted on May 3, 2010, and in the amended scheduling order (doc. 33), the bankruptcy estate has an interest in any proceeds awarded in this case. Mr. Rajala has advised G. Gordon Atcheson, counsel for Mr. Shults and special counsel for the bankruptcy estate, that he is agreeable to his joinder. The court therefore grants the instant motion and orders that Mr. Rajala, in his capacity as trustee for the bankruptcy estate of Mr. Shults, be joined as a plaintiff in this case. As contemplated by the parties, Mr. Atcheson shall enter his appearance for Mr. Rajala by May 13, 2010.

Dated this 11th day of May, 2010, at Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

O:\ORDERS\09-2013-EFM-35.wpd