# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN G. SHULTS and ERIC C. RAJALA, in his capacity as trustee for the Bankruptcy Estate of Steven G. Shults,<br><br>    Plaintiffs,<br><br>v.<br><br>ROCKHURST UNIVERSITY CONTINUING EDUCATION CENTER, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 09-2013-EFM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

On the unopposed motion of Plaintiffs Steven G. Shults and Eric C. Rajala, as the trustee for the Bankruptcy Estate of Steven G. Shults (Doc. 42), the Court hereby orders this action dismissed with prejudice, as provided in Fed.R.Civ.P. 41(a)(2), with each party to bear his or its respective costs, expenses, and attorney's fees.

**IT IS SO ORDERED**.

Dated this 7th day of September, 2010.

*Eric F. Melgren*

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE